### HILLS BROS. CO. v. UNITED STATES.

(Circuit Court of Appeals, Second Circuit. December 4, 1906.)

#### No. 65 (3,870).

CUSTOMS DUTIES—MEASUREMENT—BUSHEL OF ONIONS—CONGRESSIONAL ADOPTION OF CUSTOMS PRACTICE.

In passing Tariff Act July 24, 1897, c. 11, § 1, Schedule G, par. 249, 30 Stat. 170 [U. S. Comp. St. 1901, p. 1650], where onions are made dutiable "per bushel," Congress must be assumed to have known the practice of the Treasury Department to consider 57 pounds as a bushel and to have intended to accept that as a standard.

Appeal from the Circuit Court of the United States for the Southern District of New York.

For decision below, see (C. C.) 143 Fed. 695, affirming a decision of the Board of United States General Appraisers, G. A. 5,888 (T. D. 25,941), which had affirmed the assessment of duty by the collector of customs at the port of New York.

The property involved consisted of onions, dutiable under Tariff Act July 24, 1897, c. 11, § 1, Schedule G, par. 249, 30 Stat. 170 [U. S. Comp. St. 1901, p. 1650], at the rate of "forty cents per bushel." The importers contended that the collector erred in making the assessment of duty on the basis of a weight of 57 pounds per bushel, and that the more liberal standard of 60 pounds should have been adopted.

Curie, Smith & Maxwell (W. Wickham Smith, of counsel), for importers.

J. Osgood Nichols, Asst. U. S. Atty.

Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. It must be assumed that when Congress passed the tariff act of 1897 it knew that it had been for some years the practice of the Treasury Department to accept 57 pounds as the regular standard weight of a bushel of onions. Inasmuch as Congress did not in that act specify the weight—as it did in the case of some other commodities—it must be assumed that it intended to accept that standard.

Decision affirmed.